# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WESCO INSURANCE COMPANY, )
                                         )

  Plaintiff,                          )

                                         )  NO.  19-cv-00646

  v.                              )

                                         )  Hon. Judge Jennifer P. Wilson

ORRSTOWN BANK,                 )

                                         )

  Defendant.                      )

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that:

1.     The parties have resolved all claims in this action;

2.     Plaintiff/Counter-Defendant Wesco Insurance Company hereby voluntarily dismisses its Complaint against Defendant/Counter-Plaintiff Orrstown Bank, with prejudice, and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3.     Defendant/Counter-Plaintiff Orrstown Bank hereby voluntarily dismisses its Counterclaim against Plaintiff/Counter-Defendant Wesco Insurance Company, with prejudice, and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4852-4350-1494.1

**Lewis Brisbois Bisgaard & Smith, LLP**

/s/ Kelly M. Ognibene

_____

Kelly M. Ognibene, *pro hac vice*
Attorney for Wesco Insurance Company
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
Tel: 312-463-3389
Kelly.Ognibene@lewisbrisbois.com

Eric J. Bronstein, Esquire
Lawrence Jackson, Esquire, pro hac vice
550 E. Swedesford Road, Suite 270
Wayne, PA 19087; Tel: 215.977.4100
Eric.Bronstein@lewisbrisbois.com
Larry.Jackson@lewisbrisbois.com


Dated: _____


**Porter Wright Morris & Arthur, LLP**

/s/ Charles E. Leasure, III

_____

Charles E. Leasure, III, *pro hac vice*
Attorney for Orrstown Bank
2020 K Street, NW, Suite 600
Washington, D.C.,20006
Tel: 202.778.3007
CLeasure@porterwright.com

Lindsey E. Snavely
Pillar & Aught
4201 E. Park Circle
Harrisburg, PA 17111
717.308.9910
lsnavely@pillaraught.com


Dated: _____


**BY THE COURT:**


_____

**Hon. Jennifer P. Wilson**

4852-4350-1494.1