## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORRSTOWN BANK, ) <br> ) <br> Defendant. ) | NO.  19-cv-00646 <br><br> Hon. Judge Jennifer P. Wilson |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that:

1. The parties have resolved all claims in this action;

2. Plaintiff/Counter-Defendant Wesco Insurance Company hereby voluntarily dismisses its Complaint against Defendant/Counter-Plaintiff Orrstown Bank, with prejudice, and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3. Defendant/Counter-Plaintiff Orrstown Bank hereby voluntarily dismisses its Counterclaim against Plaintiff/Counter-Defendant Wesco Insurance Company, with prejudice, and without costs or fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP** | **Porter Wright Morris & Arthur, LLP** |
| /s/ Kelly M. Ognibene | /s/ Charles E. Leasure, III |
| Kelly M. Ognibene, *pro hac vice* <br> Attorney for Wesco Insurance Company <br> 550 W. Adams Street, Suite 300 <br> Chicago, Illinois 60661 <br> Tel: 312-463-3389 <br> Kelly.Ognibene@lewisbrisbois.com | Charles E. Leasure, III, *pro hac vice* <br> Attorney for Orrstown Bank <br> 2020 K Street, NW, Suite 600 <br> Washington, D.C.,20006 <br> Tel: 202.778.3007 <br> CLeasure@porterwright.com |
| Eric J. Bronstein, Esquire <br> Lawrence Jackson, Esquire, pro hac vice <br> 550 E. Swedesford Road, Suite 270 <br> Wayne, PA 19087; Tel: 215.977.4100 <br> Eric.Bronstein@lewisbrisbois.com <br> Larry.Jackson@lewisbrisbois.com | Lindsey E. Snavely <br> Pillar & Aught <br> 4201 E. Park Circle <br> Harrisburg, PA 17111 <br> 717.308.9910 <br> lsnavely@pillaraught.com |
| Dated: _____ | Dated: _____ |

**BY THE COURT:**

   s/ Jennifer P. Wilson
**Hon. Jennifer P. Wilson**